UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON DELFOE,<br><br>                Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                Defendants. | Case No.: 15-cv-00245-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Scott Johnson
Defendants' Attorneys: Alyssa Staudinger, Brendan Hug, and Benjamin Morton

     An initial case management conference was held on May 6, 2015. A further case management conference is set for August 5, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 29, 2015.

     Scott Johnson, attorney for Plaintiff Delfoe, shall file a notice of appearance and register on ECF by May 6, 2015.

     The parties shall exchange initial disclosures by May 13, 2015.

     The Court referred the parties to a Magistrate Judge Settlement Conference with Magistrate Judge Cousins with a 120 day deadline. All parties agreed to having Judge Cousins serve as both the discovery and settlement judge in this case.

     The parties are each limited to 25 interrogatories, 40 requests for admission, and 40

1

Case No.: 15-cv-00245-LHK
CASE MANAGEMENT ORDER

requests for production of documents.

Plaintiff shall serve Defendant R.C. Wiley Home Furnishings by May 27, 2015 and file a proof of service.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 15, 2015

FACT DISCOVERY CUTOFF: November 4, 2015

EXPERT DISCOVERY:
    Opening Reports: November 18, 2015
    Rebuttal Reports: December 11, 2015
    Close of Expert Discovery: January 8, 2016

DISPOSITIVE MOTIONS shall be filed by February 1, 2016, and set for hearing no later than March 10, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per party in the entire case.

Each motion and opposition shall not exceed 15 pages, and any replies shall not exceed 10 pages.

FINAL PRETRIAL CONFERENCE: May 26, 2016, at 1:30 p.m.

JURY TRIAL: June 6, 2016, at 9:00 a.m. Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: May 6, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 15-cv-00245-LHK
CASE MANAGEMENT ORDER

2